AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)     ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| United States of America<br><br>v.<br><br>DAISY POLLARD-GILLIAM,<br>  aka "Queen,"<br>  aka "Queej Bee,"<br>REUBEN GILLIAM,<br>  aka "Tre,"<br><br>           Defendants. | Case No.  2:24-mj-02355-DUTY |

**LODGED**
CLERK, U.S. DISTRICT COURT
APR 22 2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____rsm_____ DEPUTY

**FILED**
CLERK, U.S. DISTRICT COURT
4/22/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: Valencia Munro DEPUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

From approximately June 3 through June 9, 2023, in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1594(c) | Conspiracy to Commit Sex Trafficking of Children |

This criminal complaint is based on these facts:

   *Please see attached affidavit.*

☒ Continued on the attached sheet.

_____
Complainant's signature

Daniel Eggensammer, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:         4/22/24         

_____
Judge's signature

City and state:   Los Angeles, California          Hon. Charles F. Eick, U.S. Magistrate Judge
Printed name and title

AUSA: D. Diaz x. 0302

**AFFIDAVIT**

I, Daniel Eggensammer, being duly sworn, declare and state as follows:

## I. INTRODUCTION

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") and have been so employed since August 2021. I am currently assigned to the Violent Crimes squad at the FBI Long Beach Resident Agency. My training has included, but is not limited to, learning a wide array of investigative tools, operational skills, firearms, interviewing techniques, case development and working in direct relation to FBI Special Agents who oversee cases such as interstate threatening communication and aggravated sexual assaults on children. I have seen first-hand and have spoken with them about the investigative tools and resources that are best suited for these types of investigations. My responsibilities with the FBI include, but are not limited to, the investigation of extortion, aggravated threats, bank robberies, kidnapping, fugitives, drug cases, and violent gangs within the Central District of California.

2. From January 2020 to July 2021, I was employed as a Special Agent with the Drug Enforcement Administration ("DEA") in San Juan, Puerto Rico. While with the DEA, I was responsible for investigating drug trafficking organizations along America's southeastern border. From July 2018 to January 2020, I was employed as an Operation Support Technician within the FBI Chicago Field Office. While in this role, I assisted in

critical incidents and crisis management situations. I have participated in numerous federal investigations throughout my career with the DEA and FBI.

3. I have also participated in the execution of numerous search and arrest warrants conducted by both the FBI and the DEA.

## II. PURPOSE OF AFFIDAVIT

4. This affidavit is made in support of a criminal complaint against Daisy Pollard-Gilliam, also known as ("aka") "Queen" and "Queej Bee" ("DAISY"), and Reuben Gilliam, aka "Tre" ("REUBEN"), for violations of 18 U.S.C. § 1594(c), Conspiracy to Commit Sex Trafficking of Children.

5. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## III. SUMMARY OF PROBABLE CAUSE

6. From approximately June 3 through June 9, 2023, DAISY, REUBEN, and others known and unknown conspired with each other to knowingly recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, or solicit minors under the age of 18 to engage in a commercial sex act, in or affecting

interstate commerce.  Specifically, REUBEN, DAISY, and their co-conspirators caused two 13-year-old victims to engage in commercial sex.

## IV. STATEMENT OF PROBABLE CAUSE

7.  Based on my review of law enforcement reports, conversations with other law enforcement agents, and my own knowledge of and participation in the investigation, I am aware of the following:

### A. Minor Victims Transported and Sexually Trafficked at the Flower Street Residence

8.  According to interviews with two 13-year-old victims, Victim 1 and Victim 2, on June 3, 2023, at approximately 2:00 A.M., Victim 1 and Victim 2 were walking down a street in the City of Bell Gardens, California, when a vehicle with three Black males stopped next to them, including one man later identified as REUBEN.  One of the males exited the vehicle and told the minor victims to get in, or else the male in the passenger seat would get out and put them in the vehicle.  Both Victim 1 and Victim 2 obeyed by getting into the vehicle.

9.  The minor victims were taken to a residence later identified as 3255 Flower Street, Lynwood, California (the "Flower Street Residence").  A subpoena to Airbnb reveals that DAISY owns the Flower Street Residence and was listed as the account holder to collect rental payments through Airbnb.

10.  Throughout the next week, both minor victims were required to have sexual intercourse with the suspects, including REUBEN, as well as with numerous other adult males

("customers"), to "make money." Victim 1 said they had sexual intercourse and/or oral copulation with approximately 10 customers. The customers told Victim 1 that they paid to have sexual intercourse and oral copulation. Specifically, the customers told Victim 1 that they paid $100 to have sexual intercourse with Victim 1. According to Victim 1, REUBEN would collect the cash after the customer had sex with the victim. At other times, DAISY collected money from customers before they had sex with the victims.

11. According to Victim 2, at times she was handcuffed to a chest of drawers when her captors left her in the room alone. Victim 2 also reported that REUBEN made her take pills that made her dizzy and weak.

12. Throughout the week, DAISY told the minor victims what to do, and that they were going to make good money.

13. DAISY and REUBEN directed the victims to dress in lingerie and pose for pictures to be used to advertise commercial sex.

14. After spending a few nights at the Flower Street Residence, the suspects saw missing children's flyers in circulation on social media seeking the minor victims' current whereabouts. The flyers identified both victims as 13 years old.

### B. Minor Victims Are Transported to the Sunland Residence

15. On approximately June 8, 2023, the minor victims were driven to the residence they described as a "mansion in the

mountains," and which was later identified as a particular residence in Sunland, California (the "Sunland Residence").

16. On June 9, 2023, the victims were at the Sunland Residence when an older man, later identified as the owner of the Sunland Residence, entered the residence and ordered them to leave. The victims fled on foot. The owner of the Sunland Residence was later interviewed by federal investigators and stated that someone had broken into the Sunland Residence and that the victims did not have permission to be there.

17. After being kicked out of the Sunland Residence, the minor victims called DAISY at telephone number 562-306-2630 ("DAISY's 2630 Phone") from a phone that REUBEN gave them. According to Victim 1, Victim 1 and Victim 2 were instructed to call DAISY if any problems arose.[1] DAISY then ordered a vehicle via a ride-share app to pick up the minor victims. The minor victims recall being picked up near a Rite-Aid and being dropped off near a McDonald's.[2] From there, the victims were picked up by unidentified male suspects and driven to a recreational vehicle parked near the intersection of Avalon Boulevard and Compton Boulevard in the city of Gardena, California.

---

[1] Based on subpoena returns from AT&T, DAISY is listed as the subscriber and owner of DAISY's -2630 Phone. According to AT&T, this telephone number was active from August 31, 2022, through August 30, 2023.

[2] A Lyft subpoena return revealed that an account listing DAISY's 2630 Phone and passenger name "Daisy Pollard" (i.e., DAISY) requested a ride on June 9, 2023 with pick up and drop off locations consistent with the victims' description of their ride.

### C. Minor Victims Are Rescued by Law Enforcement

18. On the evening of June 9, 2023, Victim 1 and Victim 2 were rescued by Los Angeles Sheriff's Department ("LASD"), Compton Station Deputies. Among the items of evidence that LASD Deputies seized were clothing, shoes, eyewear, and one black cellphone. LASD rescued Victims 1 and 2 from a recreational vehicle ("RV") bearing California license plate number 5LNB016, near the intersection of Avalon and Compton Boulevards in Gardena, California (the "5LNB016 RV").

19. The 5LNB016 RV is associated with a phone number belonging to DAISY.

### D. Historical Cell-Site Location Information and Toll Record Analysis

20. When the minor victims were rescued by law enforcement, they were in possession of the aforementioned black cellular telephone with number 213-758-9559 (the "Victim Phone"). Victim 1 and Victim 2 each told investigators that REUBEN had given them the Victim Phone on or around June 8, 2023, so that they could call DAISY if they were in trouble.

21. Historical cell-site location information revealed that on June 2, 2023 (prior to the arrival of Victim 1 and Victim 2), the Victim Phone was located near the Flower Street Residence. Toll record analysis revealed 10 incoming or outgoing phone calls to/from the Victim Phone on that date. Nine of these phone calls were to/from DAISY's -2630 Phone.

22. Historical cell-site location information shows that, from June 2, 2023, through June 8, 2023, DAISY's -2630 Phone had

thousands of events (phone calls and SMS) that took place near the Flower Street Residence.

23.  An open source database search revealed that REUBEN was associated with phone number 323-333-8252 ("REUBEN's -8252 Phone").  Historical cell-site location information shows that REUBEN's -8252 Phone had activity near the Flower Street Residence on June 3, 2023.

24.  Historical cell-site location information revealed that on June 9, 2023, the Victim Phone communicated with cell phone towers near the 210 Freeway and Sunland Boulevard in Sunland, California, near the Sunland Residence.

25.  According to call detail records, on June 9, 2023, the Victim Phone was in communication with DAISY's -2630 Phone approximately 60 times via either text messages or calling.  The calls ranged from a few seconds to a few minutes.

26.  Historical cell-site location information shows that, between the hours of 4:52 p.m. and 7:25 p.m. on June 9, 2023, both DAISY's -2630 Phone and the Victim Phone were located near the intersection of Avalon and Compton Boulevards in Gardena, California.  Historical cell-site location information analysis also revealed that on June 9, 2023, REUBEN's -8252 Phone had activity near that same intersection of Avalon and Compton Boulevards in Compton, California.  This intersection is where the two victims were eventually rescued by LASD.

  **E.** **<u>Prison Officials Confirm That DAISY Distributed Images and Video of Victim 1 and Victim 2 to an Incarcerated Inmate</u>**

  27. On January 17, 2024, officials at Kern Valley State Prison in Delano, California ("KVSP") informed LASD and FBI of the following:

    a. On June 6, 2023, an outgoing telephone call from KVSP was recorded between an incarcerated inmate and DAISY. During the telephone call, DAISY identifies herself as "Queen" and "DAISY" and references her telephone number 562-306-2630, i.e., DAISY's -2630 Phone.

    b. During the call, the inmate discussed videos and photos that DAISY had sent him.

    c. Based on the call, KVSP officials obtained several images and videos from the inmate's official monitored email account, including the following:

      i. A selfie video of DAISY, Victim 1, and Victim 2. Victim 2 is wearing a black mesh lingerie outfit. Victim 1 is wearing sweats.

      ii. A photo of Victim 2 in a pink mesh lingerie outfit kneeling on a mattress with a golden/yellow blanket.

  **F.** **<u>Instagram Records Reveal REUBEN Advertised the Minor Victims for Commercial Sex, and Produced and Distributed Child Pornography</u>**

  28. After the minor victims were rescued, Victim 1 identified an Instagram account belonging to REUBEN.

  29. A review of records produced in response to a federal search warrant on REUBEN's Instagram account revealed that

REUBEN communicated with other Instagram users regarding his commercial sex trafficking of the two minor victims.

    30.   Specifically, after the minor victims were obtained by the Target Subjects, REUBEN sent photos of the two minor victims dressed in mesh lingerie to various other Instagram users with messages such as the following:

        a.   June 4, 2023: "I got this bitch she want you I told her I got a white brother she Mexican ready to fuc[k]."

        b.   June 4, 2023: "We tryna make some money" and "I got some wet shit for 100?" and "100 a ticket[.]"

        c.   Based on my training and experience, and knowledge of this investigation, I believe REUBEN was communicating with various prospective commercial sex customers and advertising the two minor victims for commercial sex for $100 per sexual act.

    31.   After the minor victims were rescued, on June 12, 2023, REUBEN sent photos of the minor victims dressed in mesh lingerie to another Instagram user, including a photo of the naked vagina of one of the minor victims wearing a pink mesh lingerie outfit and laying on a golden/yellow blanket with the following messages:

        a.   "I. Was looking for you I had Hella females ready for only fans I got 3 still tho."

        b.   "Yeah this was this week [a]nd this weekend."

        c.   "On everything and the girls ready for porn hug and only fans[.]"

   d. Based on my training and experience, and knowledge of this investigation, I believe REUBEN was explaining that the previous week and weekend he had many females, including the two minor victims, with him to be filmed for Only Fans and Porn Hub, which are internet websites that host pornography videos.

  32. In each of the images distributed by REUBEN, the minor victims appear to be wearing the same mesh lingerie outfits depicted in the photos sent by DAISY to the KVSP inmate described above.

## V. CONCLUSION

  33. For all the reasons described above, there is probable cause to believe that DAISY POLLARD-GILLIAM and REUBEN GILLIAM have committed violations of 18 U.S.C. § 1594(c), Conspiracy to Commit Sex Trafficking of Children.

Attested to by the applicant in
accordance with the requirements of
Fed. R. Crim. P. 4.1 by telephone
on this <u>22nd</u> day of April, 2024.

_____
UNITED STATES MAGISTRATE JUDGE